# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2744
_____

TYWANN CARTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman L. Robinson, Judge.

June 25, 2025

PER CURIAM.

AFFIRMED. *See Johnson v. State*, 384 So. 3d 213, 216 (Fla. 4th DCA 2024) (affirming the imposition of two nonhomicide life-without-parole sentences consecutive to a homicide life-without-parole sentence because the defendant would still obtain "meaningful review" of his homicide life-without-parole sentence as mandated by *Miller v. Alabama*, 567 U.S. 460 (2012)).

LEWIS, BILBREY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Barbara J. Busharis, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Virginia Chester Harris, Senior Assistant Attorney General, Tallahassee, for Appellee.